**STATE**

v.

**Stephen EISEMAN.**

**No. 81–210–M.P.**

Supreme Court of Rhode Island.

April 16, 1981.

Dennis J. Roberts II, Atty. Gen., for plaintiff-respondent.

Matthew J. Faerber, Newport, Gargiulo & McMenimen, Brian J. McMenimen, Boston, Mass., for defendant-petitioner.

## ORDER

The petition for writ of certiorari and motion for stay are denied.